■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE L. SANTANGELO, on Behalf of ALFRED SANTORELLI, Petitioner, v J. MIRANDA et al., Respondents. [666 NYS2d 953] —Writ of habeas corpus in the nature of an application to reduce bail upon Westchester County Indictment No. 97-1781.

Adjudged that the writ is sustained, without costs or disbursements, to the extent of reducing bail on Westchester County Indictment No. 97-1781 to the sum of $350,000, which may be posted in the form of an insurance company bail bond in that sum or by depositing the same sum as a cash bail alternative. Mangano, P. J., Bracken, Miller and Krausman, JJ., concur.